UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                   Case No. 12-37089-BKC-LMI

KENNETH SCHWARTZ,
VALERIE SCHWARTZ,                                Chapter 7

       Debtors.
_____/

**TRUSTEE'S SECOND AGREED *EX PARTE* MOTION FOR
EXTENSION OF TIME TO OBJECT TO DEBTORS' DISCHARGE**

       Drew M. Dillworth, the duly appointed Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 4004, files this Second Agreed *Ex Parte* Motion for Extension of Time to Object to Debtors' Discharge (the "Motion"), and in support thereof states:

       1.     By this Motion, the Trustee seeks a 60-day extension of time through and including **June 14, 2013**, within which to object to the Debtors' discharge.

       2.     On November 9, 2012, Kenneth and Valerie Schwartz (the "Debtors") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code.

       3.     Drew M. Dillworth is the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of the Debtors.

       4.     Currently, deadline to object to the Debtors' bankruptcy discharge is April 15, 2013.

       5.     Rule 4004(b) provides that the Court "[o]n motion of any party in interest, after hearing on notice, the court may for cause extend the time to file a complaint objecting to discharge."

6. On March 11, 2013, the Trustee filed Notices of Bankruptcy Rule 2004 Examinations of the Debtors [*see* ECF Nos. 52, 54 and 58, 59] (the "2004 Notices").

7. The Debtors have produced some, but not all of the documents responsive to the 2004 Notices.

8. The Trustee is still awaiting production of the remainder of the documents pursuant to the 2004 Notices.

9. The Trustee requires additional time to review the documents once they are provided and to determine whether an objection to the Debtors' bankruptcy discharge is appropriate.

10. Accordingly, for good cause shown, the Trustee respectfully requests an extension of the deadline through and including **June 14, 2013**, for objecting to the Debtors' discharge.

11. This is the Trustee's second request for an extension of the deadline to object to the Debtors' discharge. The Trustee submits that this request is made in good faith and not for purposes of delay.

12. Prior to the filing of the Motion, the undersigned contacted counsel for the Debtors who advised that the Debtors consent to the relief requested herein.

WHEREFORE, the Trustee respectfully requests the entry of an Order granting the relief requested herein and extending the deadline for objecting to the Debtors' discharge through and including **June 14, 2013**, and for such other and further relief as the Court deems just and proper.

Dated: April 15, 2013

                                       Respectfully submitted,

                                       BAST AMRON LLP
*Counsel for Chapter 7 Trustee*
SunTrust International Center
One Southeast Third Avenue, Suite 1440
Miami, FL 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
Email: bamron@bastamron.com
Email: afiorentino@bastamron.com

By: /s/ *Angelica M. Fiorentino*
      Brett M. Amron, Esq. (FBN 148342)
      Angelica M. Fiorentino, Esq. (FBN 085886)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system where available, and/or via U.S. Mail as indicated upon the parties listed on the attached service list on this the 15th day of April, 2013.

                                       By: */s/ Angelica M. Fiorentino*
                                             Angelica M. Fiorentino

**Via CM/ECF:**

- Alberta L. Adams    aadamscampbell@mpdlegal.com, jmahaffey@mpdlegal.com
- Brett M Amron    bamron@bastamron.com, jeder@bastamron.com,dquick@bastamron.com,mdesvergunat@bastamron.com,jmiranda@bastamron.com,afiorentino@bastamron.com
- John M. Cruz II    cruzjohnm@aol.com
- Drew M Dillworth    ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
- Angelica M Fiorentino    afiorentino@bastamron.com, mdesvergunat@bastamron.com;jmiranda@bastamron.com
- Spencer Gollahon    spencergollahon@earthlink.net, sgollahon@acdlaw.com;Rebecca.Burnham@acdlaw.com;savery@acdlaw.com
- Jeremy J Hart    jhart@bastamron.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Warren D Zaffuto    wdzaffuto@duanemorris.com, JNRuiz@duanemorris.com;XEQuinones@duanemorris.com

**Via U.S. Mail:**

Martin Claire
Stampler Auctions Inc
2080 Tigertail Blvd #C
Dania, FL 33004